IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | CR. NO. 2:06CR275-WKW |
| | ) | [18 U.S.C. § 641] |
| JACOB WARNER | ) | |
| | ) | INDICTMENT |
| | ) | |

The Grand Jury charges:

<u>COUNTS 1-4</u>

1. From on or about August 26, 2005, until on or about September 16, 2005, the defendant, Jacob Warner, was in the custody of the Montgomery, Alabama City Jail. At all other times relevant to this Indictment, Warner was a resident of Montgomery, Alabama.

2. On or about the following dates, Warner caused to be filed with the Federal Emergency Management Agency ("FEMA"), an agency within the United States Department of Homeland Security, various applications for benefits in connection with Hurricane Katrina, which falsely represented that Warner had suffered losses to various property he either rented as his primary residence in either Harvey or Gretna, Louisiana:

| DATE | DISASTER APPLICATION NUMBER | CLAIMED DAMAGED ADDRESS |
|---|---|---|
| 9/17/05 | 92-1331070 | 2700 Whitney Ave., Apt. 812 Harvey, Louisiana |
| 9/22/05 | 92-1384541 | 510 Whitney Avenue Gretna, Louisiana |
| 9/24/05 | 92-1398288 | 812 Whitney Avenue Harvey, Louisiana |

In fact, Warner did not reside in Louisiana and did not suffer the losses claimed.

3.    FEMA accepted Warner's various applications and caused a variety of United States Treasury checks be mailed to Warner at different addresses in Montgomery, Alabama. Warner received each of the checks and cashed them.

4.    On or about the dates set forth below, in Montgomery County, within the Middle District of Alabama, and elsewhere,

**JACOB WARNER,**

did embezzle, steal, purloin, and knowingly convert to his own use money and things of value of the United States and of a department and agency thereof, in an amount in excess of $1,000, as described below:

| COUNT | DATE | ITEM |
| --- | --- | --- |
| 1 | 9/22/05 | FEMA disaster assistance funds in the amount of $2,000. |
| 2 | 9/27/05 | FEMA disaster assistance funds in the amount of $2,000. |
| 3 | 12/25/05 | FEMA disaster assistance funds in the amount of $2,358. |
| 4 | 9/30/05 | FEMA disaster assistance funds in the amount of $2,000. |

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL:

*Janice Dame Williams*
Foreperson

-2-

/s/ Leura G. Canary
LEURA G. CANARY
United States Attorney

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney