**COURTROOM DEPUTY'S MINUTES**          **MIDDLE DISTRICT OF ALABAMA**

---

√ INITIAL APPEARANCE        **DATE: November 28, 2006**
❏ BOND HEARING
❏ DETENTION HEARING        **Digital Recording 2:38 - 2:52**
❏ PRELIMINARY (EXAMINATION)(HEARING)
❏ REMOVAL HEARING (R.40)
√ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker    **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr275-WKW    **DEFENDANT NAME:** Jacob Warner
**AUSA:** Verne Speirs    **DEFT. ATTY:** Bill Blanchard
     Type Counsel: ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Dwayne Spurlock
Interpreter needed: ( √ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| √ | Date of Arrest November 28, 2006 or ❏ Arrest Rule 40 |
| √ | Deft First Appearance. Advised of rights/charges. ❏ Prob/Sup Rel Violator |
| √ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| √ | ORAL ORDER appointing CJA Panel Attorney Bill Blanchard - Notice of Appearance to be filed |
| ❏ | Deft. Advises he will retain counsel. Has retained _____ |
| ❏ | ❏ Government's ORAL Motion for Detention Hrg. ❏ to be followed by written motion; ❏ Government's WRITTEN Motion for Detention Hrg. filed |
| ❏ | Detention Hearing ❏ held; ❏ set for |
| √ | ORDER OF TEMPORARY DETENTION to be entered until place of residence can be decided |
| ❏ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ❏ | Release order entered. Deft advised of conditions of release |
| ❏ | ❏ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ❏ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ❏ | Bond not executed. Defendant to remain in Marshal's custody |
| ❏ | Deft. ORDERED REMOVED to originating district |
| ❏ | Waiver of ❏ preliminary hearing; ❏ Waiver Rule 40 hearing |
| ❏ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| √ | ARRAIGNMENT √ HELD. Plea of NOT GUILTY entered. ❏ Set for DISCOVERY DISCLOSURE DATE: 11/29/06 |
| √ | WAIVER of Speedy Trial.    CRIMINAL TERM: April 23, 2007 |
| ❏ | NOTICE to retained Criminal Defense Attorney handed to counsel |

Mr. Blanchard's disclosures to the court regarding past representation with defendant's family, but does not feel it is a conflict.