IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr275-WKW |
| | ) | |
| JACOB WARNER | ) | |

### **ORDER**

A detention hearing was held in this matter on November 28, 2006.  For good cause, it is

ORDERED that defendant shall be held in custody of the U. S. Marshal until he has presented to the Pretrial Services Officer a viable plan for his release to an appropriate location at which electronic monitoring may be installed.  The pretrial services officer shall notify chambers on or before Friday, December 1, 2006 of the progress of these arrangements.

DONE, this 30th day of November, 2006.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE