| COURTROOM DEPUTY'S MINUTES | MIDDLE DISTRICT OF ALABAMA |
|---|---|

---

☐ INITIAL APPEARANCE  **DATE: December 8, 2006**
√ BOND HEARING
☐ DETENTION HEARING  **Digital Recording 2:38 - 2:48**
☐ PRELIMINARY (EXAMINATION)(HEARING)
☐ REMOVAL HEARING (R.40)
☐ ARRAIGNMENT

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr275-WKW   **DEFENDANT NAME:** Jacob Warner
**AUSA:** Christopher Snyder   **DEFT. ATTY:** Bill Blanchard
**Type Counsel:** ( )Retained; (√) CJA; ( ) Waived; ( ) FPD
**USPO/USPTS:** Dwayne Spurlock
**Interpreter needed:** ( √ ) NO; ( )YES   Name:

---

| | |
|---|---|
| ☐ | Date of Arrest or ☐ Arrest Rule 40 |
| ☐ | Deft First Appearance. Advised of rights/charges. ☐ Prob/Sup Rel Violator |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☐ | Detention Hearing ☐ held; ☐set for |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| √ | Release order entered. Deft advised of conditions of release |
| √ | √ BOND EXECUTED (M/D AL charges) $25,000.00. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for   DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial.   CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |