| | |
|---|---|
| **COURTROOM DEPUTY'S MINUTES** | **DATE:** December 18, 2006 |
| **MIDDLE DISTRICT OF ALABAMA** | **Digital Recording:** 3:35 - 3:38 |

## PRETRIAL CONFERENCE

| | |
|---|---|
| **PRESIDING MAG. JUDGE.** Susan Russ Walker | **DEPUTY CLERK:** Joyce Taylor |
| **CASE NUMBER:** 2:06cr275-WKW | **DEFENDANT(S)** Jacob Warner |

| GOVERNMENT | APPEARANCES | DEFENDANT |
|---|---|---|
| | * | |
| | * | |
| Christopher Snyder | * | Bill Blanchard |
| | * | |
| | * | |

☐ **DISCOVERY STATUS:**
   Completed

☐ **PENDING MOTION STATUS:**

☐ **PLEA STATUS:**
   No plea discussions at this time
   Notice of intent to change plea to be filed on or before noon on 4/11/07

☐ **TRIAL STATUS**
   Trial time 1 ½ days

☐ **REMARKS:**
   Mr. Blanchard concerned about defendant's mental status and may file motion for mental evaluation. Government does not oppose mental examination.