# United States District Court

for

## Middle District of Alabama

RECEIVED

2007 FEB -8  A 8: 57

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

### Petition for Warrant/Summons and Report for Defendant Under Pretrial Release Supervision

Name of Defendant: Jacob Warner                          Case Number: 2:06CR275-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: December 8, 2006

Original Offense: Theft of Government Property

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Follow all instructions of the probation officer, The defendant is prohibited from acquiring any further debt except for religious, medical, educational or subsistence expenses unless granted permission from the probation officer

Assistant U.S. Attorney: Chris Snyder                    Defense Attorney: William Blanchard

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Condition 7 (t): "You are restricted to your residence at all times except for employment; education; religious services; or other activities as approved by pretrial services." | Warner left his residence at 102 Delano Avenue, Apt. 21, Montgomery, AL 36105 without permission on February 5, 2007 and February 6, 2007.<br><br>On February 8, 2007, after receiving notice of irregular leave/return notices on the defendant, this officer contacted Warner at his residence by telephone. When questioned where he had gone, Warner reported that he left his residence to visit family and friends. He was instructed to remain at his residence until further notice. |
| Viol. 2:<br>Condition 7 (e)<br>"Maintain or actively seek employment" | Warner has failed to secure employment since his release on pretrial supervision. Though he has verbally mentioned the need for employment, Warner has not actively sought employment. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Warner has posed no problems to this officer.

PS 12C
(8/03)

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

I declare under the penalty that the forgoing is true and correct.

Respectfully submitted,

by *Willie B Ross, Jr.*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: February 8, 2007

Reviewed and approved: *Sandra Wood*
Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____
Date