**COURTROOM DEPUTY'S MINUTES**  **MIDDLE DISTRICT OF ALABAMA**

---

☑ **INITIAL APPEARANCE**  **DATE:** February 9, 2007
☐ **BOND HEARING**
☐ **DETENTION HEARING**  Digital Recording 4:00 - 4:04
☐ **PRELIMINARY (EXAMINATION)(HEARING)**
☐ **REMOVAL HEARING (R.40)**
☐ **ARRAIGNMENT**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker   **DEPUTY CLERK:** Joyce Taylor
**CASE NO.** 2:06cr275-WKW   **DEFENDANT NAME:** Jacob Warner
**AUSA:** Christopher Snyder   **DEFT. ATTY:** Anne Borelli standing in for Atty Bill Blanchard

**Type Counsel:** ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD

**USPO/USPTS:** Sandra Wood

**Interpreter needed:** ( ☑ ) NO; ( ) YES   Name:

---

| | |
|---|---|
| ☑ | Date of Arrest February 9, 2007 or ☐ Arrest Rule 40 |
| ☑ | Deft First Appearance. Advised of rights/charges. Pretrial Release Violation |
| ☐ | Financial Affidavit executed. ORAL MOTION for appointment of Counsel. |
| ☐ | ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ |
| ☐ | ☐ Government's ORAL Motion for Detention Hrg. ☐ to be followed by written motion; ☐ Government's WRITTEN Motion for Detention Hrg. filed |
| ☑ | Bond Revocation Hearing set for February 12, 2007 at 3:00 p.m. |
| ☐ | ORDER OF TEMPORARY DETENTION PENDING HEARING to be entered |
| ☐ | ORDER OF DETENTION HEARING PENDING TRIAL to be entered |
| ☐ | Release order entered. Deft advised of conditions of release |
| ☐ | ☐ BOND EXECUTED (M/D AL charges) $. Deft released |
| | ☐ BOND EXECUTED (R. 40) - deft to report to originating district as ordered |
| ☐ | Bond not executed. Defendant to remain in Marshal's custody |
| ☐ | Deft. ORDERED REMOVED to originating district |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing |
| ☐ | Court finds PROBABLE CAUSE. Defendant bound over to the Grand Jury |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐Set for DISCOVERY DISCLOSURE DATE: |
| ☐ | WAIVER of Speedy Trial.     CRIMINAL TERM: |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel |