MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN, DIVISION

SUSAN RUSS WALKER, U. S. MAGISTRATE JUDGE, PRESIDING
MONTGOMERY, ALABAMA

| | | | |
|---|---|---|---|
| DATE COMMENCED: | February 12, 2007 | | 3:12 p.m. |
| DATE COMPLETED: | February 12, 2007 | | 3:25 p.m. |

| UNITED STATES OF AMERICA | * | |
|---|---|---|
| vs | * | 2:06cr275-WKW |
| JACOB WARNER | * | |

| GOVERNMENT | APPEARANCES: | DEFENDANT |
|---|---|---|
| | * | |
| Christopher Snyder | * | Bill Blanchard |
| | * | |
| | * | |

COURT OFFICIALS PRESENT:

Joyce Taylor, Courtroom Deputy             Bernard Ross, USPO

PROCEEDINGS:

BOND REVOCATION HEARING

| | |
|---|---|
| 3:12 p.m. | Court convenes.<br>Court's statements regarding previous discussions with Mr. Ross regarding defendant.<br>Court's questions to defendant regarding employment and transportation.<br>Defendant's responses regarding employment and transportation.<br>Mr. Blanchard's statements regarding defendant's employment.<br>Defendant's further statements regarding his pretrial release and employment situations.<br>Court's statements to defendant regarding what is expected of defendant regarding employment, transportation problems and leaving residence without permission.<br>Court ask defendant if he has any questions regarding these matters.<br>Mr. Ross' statements to defendant regarding instructions to defendant to contact Mr. Ross before he leave residence.<br>Court's further statements to defendant regarding requirements of his release and what is expected of him.<br>Court will release defendant on same conditions as previously imposed.<br>Mr. Snyder states there may be an issue regarding his residence.<br>Court's ask defendant and Mr. Blanchard if there is any problems with defendant going back to residence.<br>Defendant states no problems with going back to residence. |
| 3:25 p.m. | Court recessed. |