PS 12C
(8/03)

# United States District Court

for

Middle District of Alabama

**RECEIVED**
2007 APR -4  A 10: 57

Petition for Warrant/Summons and Report for Defendant
Under Pretrial Release Supervision

P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Name of Defendant: Jacob Warner                     Case Number: 2:06CR275-WKW

Name of Releasing Judicial Officer: The Honorable Susan Russ Walker, U.S. Magistrate Judge

Date of Release: December 8, 2006

Original Offense: Theft of Government Property

Type of Release: $25,000 Unsecured Appearance Bond

Conditions of Release: Report to pretrial services as directed; Maintain or actively seek employment; Electronic Monitoring; No firearms; Drug testing and/or treatment; Refrain from excessive use of alcohol, Report any law enforcement contact, Refrain from possession of any type of drug paraphernalia, Follow all instructions of the probation officer, The defendant is prohibited from acquiring any further debt except for religious, medical, educational or subsistence expenses unless granted permission from the probation officer

Assistant U.S. Attorney: Chris Snyder                     Defense Attorney: William Blanchard

## PETITIONING THE COURT

[X]   To issue a warrant
[ ]   To issue a summons

The probation officer believes that the defendant has violated the following condition(s) of release:

| Violation Number | Nature of Noncompliance |
|---|---|
| Viol. 2: "The defendant shall refrain from any unlawful use of a controlled substance | On April 3, 2007, Warner reported to the U.S. Probation Office as directed. Warner submitted a urine specimen which produced positive results for marijuana. Warner was confronted with the results of the hand-held test and he admitted to smoking marijuana since March 30, 2007. Warner signed an Admission of Drug Use form on April 3, 2007. |
| Viol. 2: Condition 7(w) "Follow all instructions of the probation officer" | During a phone conversation on April 1, 2007, this officer instructed Warner to report to the probation officer on April 2, 2007 for a urine screen. Warner failed to report to the probation office as instructed. |

Supervision history of defendant and actions taken by officer: Barring the instant violations, Warner has performed marginally while on pretrial release. Warner has been verbally reprimanded previously for leaving his residence without permission and for his failure to maintain employment. Regarding the instant violation, this officer contacted Warner at his residence in person on April 2, 2007 at approximately 6:00pm, after he failed to report to the probation office on April 1, 2007 and April 2, 2007. Upon questioning him about the violations, Warner stated that knew that he was wrong for smoking marijuana and was scared that this officer would have him arrested. He further stated that he was stressed about his pending charges and his sister's, Bernetta Willis, recent conviction of federal charges on March 30, 2007.

U.S. Probation Officer Recommendation:

[X]   The term of supervision should be:
[X]   revoked.
[ ]   No action.
[ ]   The conditions of supervision should be modified as follows:

                I declare under the penalty that the forgoing is true and correct.

                Respectfully submitted,

by *[signature]*

Willie Bernard Ross, Jr.
Senior U.S. Probation Officer
Date: April, 3, 2007

Reviewed and approved: *[signature] Sandra Wood*
              Supervisory U.S. Probation Officer

---

THE COURT ORDERS:

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

                _____
                Signature of Judicial Officer

                _____
                Date

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## PROBATION OFFICE

### ADMISSION OF DRUG USE

I admit to the use of marijuana on or about __3/30, 3/31, 4/2__.

I admit to the use of cocaine on or about _____.

I admit to the use of _____ on or about _____.
             (other)

This admission of drug use is made voluntarily and without threat or promise, and I understand that it can be used against me in a Court of Law, or U. S. Parole Commission proceedings.

_Jacob Warner_
Offender (Signature)

_[signature]_
Witness (Signature)

__4/3/07__
(Date)