IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr275-WKW |
| | ) | |
| JACOB WARNER | ) | |

## **ORDER**

Upon consideration of defendant attorney's motion for permission to withdraw (Doc. # 22), filed March 30, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. CJA panel attorney John Poti is appointed to represent the defendant for all further proceedings. The CJA panel attorney shall file a written notice of appearance with this Court.

DONE, this 4th day of April, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE