IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | ) ) ) | |
| v. | ) ) | CR. NO. 2:06-cr-275 |
| JACOB WARNER | ) ) ) | |

**GOVERNMENT'S MOTION FOR TEMPORARY
DETENTION TO PERMIT REVOCATION OF CONDITIONAL RELEASE**

The United States of America moves to detain temporarily Defendant Jacob Warner in this case pursuant to 18 U.S.C. 3142(a)(3) and (d). Warner currently has currently pending in front of the Court a petition to revoke his Supervised Release. As a result, the Government requests that Warner be temporarily detained until the Court has had an opportunity to schedule and hold a revocation hearing on the Probation Office's revocation petition. The Government requests that the hearing not be scheduled this week or next Monday or Tuesday because the attorney for the Government will be in trial on another case.

Under Section 3142(d) the Court shall detain Warner for a period of no more than ten days, excluding weekends. See 18 U.S.C. §3142(d); United States v. Moncada-Pelaez, 810 F.2d 1008, 1010 (11th Cir. 1987). The Government also requests leave of Court to file a supplemental motion with additional grounds should this be necessary.

Respectfully submitted this the 11th day of September, 2007.

        LEURA G. CANARY
        United States Attorney

        /s/ Christopher A. Snyder
        CHRISTOPHER A. SNYDER
        Assistant United States Attorney
        Post Office Box 197
        Montgomery, Alabama 36101-0197
        334.223.7280
        334.223.7135 fax
        christopher.a.snyder@usdoj.gov

# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06-cr-275** |
| | ) | |
| **JACOB WARNER** | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: John Poti, Esq.

    Respectfully submitted,
    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/ Christopher A. Snyder
    CHRISTOPHER A. SNYDER
    Assistant United States Attorney
    Post Office Box 197
    Montgomery, Alabama 36101-0197
    334.223.7280
    334.223.7135 fax
    christopher.a.snyder@usdoj.gov