IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr275-WKW |
| | ) | |
| JACOB WARNER | ) | |

**ORDER ON MOTION**

Defendant in this case waived a detention hearing and revocation hearing in open court on September 11, 2007. Accordingly, and for good cause, it is

ORDERED that the motion for detention hearing (Doc. # 37) filed September 11, 2007, is DENIED as moot. The court finds, based on the uncontested petition for revocation of pre-trial release and defendant's admission to the violations charged, that the defendant has violated the conditions of his pre-trial release. It is further

ORDERED that the defendant is committed to the custody of the Attorney General or his designated representative for confinement pending trial in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

DONE, this the 12th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE