**IN THE DISTRICT COURT OF THE UNITED STATES**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CR. NO. 2:06cr275-WKW** |
| | ) | |
| **JACOB WARNER** | ) | |

**NOTICE OF INTENT TO CHANGE PLEA**

COMES NOW the defendant, by and through counsel and gives his notice of his intent to change his plea to one of guilty and requests that a hearing be set for that purpose.

Respectfully submitted this 3rd day of October, 2007.

 s/John M. Poti
**JOHN M. POTI (POT013)**
Attorney for Jacob Warner
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL: (334) 361-3535
FAX: 1-866-780-9012
Email: john@jmpoti.com

## CERTIFICATE OF SERVICE

      I hereby certify that on October 3, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Christopher Snyder</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>     none     </u>.

      <u>  s/John M. Poti                               </u>
**JOHN M. POTI  (POT013)**
Attorney for Jacob Warner
696 N. Silver Hills Drive, Suite 102
Prattville, Alabama 36066-6184
TEL:   (334) 361-3535
FAX:   1-866-780-9012
Email: john@jmpoti.com