IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CASE NO. 2:06-cr-275-WKW** |
| | ) | |
| **JACOB WARNER** | ) | |

## ORDER

It is hereby ORDERED that the sentencing presently set for January 17, 2008, at 9:00 a.m., is hereby reset for January 17, 2008, at **2:00 p.m.**, in Courtroom 2E of the Frank M. Johnson, Jr. United States Courthouse Complex, One Church Street, Montgomery, Alabama.

DONE this 11th day of January, 2008.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE