IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Cr. No.: 2:06-cr-275-WKW |
| ) | |
| JACOB WARNER ) | |

PETITION FOR WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE HONORABLE SUSAN RUSS WALKER, UNITED STATES MAGISTRATE JUDGE:

Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that the testimony of Willie Fred Goldsmith is material and necessary in a criminal matter pending in this honorable Court and that said witness is now in custody of Montgomery City Jail, Montgomery, Alabama, and that said criminal matter is set for sentencing in the United States District Court for the Middle District of Alabama, on January 17, 2008, at 2:00 p.m.

WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding them to deliver said prisoner to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court to be held at Montgomery, Alabama, on January 17, 2008, at 2:00 p.m.

Respectfully submitted this the 11th of January, 2008.

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ Christopher A. Snyder
CHRISTOPHER A. SNYDER
Assistant United States Attorney
131 Clayton Street
Montgomery, Alabama 36104
334.223.7280
334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.: 2:06-cr-275-WKW |
| | ) | |
| JACOB WARNER | ) | |

CERTIFICATE OF SERVICE

    I hereby certify that on January 11, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all attorneys on record.

                            LEURA G. CANARY
                            UNITED STATES ATTORNEY

                            /s/ Christopher A. Snyder
                            CHRISTOPHER A. SNYDER
                            Assistant United States Attorney
                            131 Clayton Street
                            Montgomery, Alabama 36104
                            334.223.7280
                            334.223.7135 fax

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.: 2:06-cr-275-WKW |
| | ) | |
| JACOB WARNER | ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad testificandum, filed January 11, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding it to deliver Willie Fred Goldsmith to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on January 17, 2008, at 2:00 pm, and to return the prisoner to said official when the court shall have finished with him.

DONE this the _____ day of January, 2008.

_____
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE