IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Cr. No.: 2:06-cr-275-WKW |
| | ) | |
| JACOB WARNER | ) | |

### O R D E R

Upon consideration of the motion for writ of habeas corpus ad testificandum (Doc. # 48), filed January 11, 2008, and for good cause shown, it is

ORDERED that the motion is GRANTED. The Clerk of this Court is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD TESTIFICANDUM addressed to Montgomery City Jail, Montgomery, Alabama, commanding it to deliver Willie Fred Goldsmith to any United States Marshal or Deputy United States Marshal, and directing said Marshal or Deputy to bring said prisoner before this court, to be held at Montgomery, Alabama, on January 17, 2008, at 2:00 pm, and to return the prisoner to said official when the court shall have finished with him.

Done, this 14th day of January, 2008.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE