IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.    ) | Case Number 2:06cr275-WKW |
| ) | |
| JACOB WARNER   ) | |

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO:   THE WARDEN AND/OR KEEPER OF THE   MONTGOMERY CITY JAIL
                                AT   MONTGOMERY, ALABAMA

and

TO:   THE UNITED STATES MARSHAL, MIDDLE DISTRICT OF ALABAMA
      OR ANY OTHER UNITED STATES MARSHAL

GREETINGS:

WE command you, that you have the body of **WILLIE FRED GOLDSMITH**, a prisoner in your institution and under your control, as it is said, under safe and secure conduct, to appear before the United States District Court for the Middle District of Alabama, at the Courtroom of said Court, in the City of Montgomery, Alabama, on January 17, 2008, at 2:00 p.m., then and there to testify and speak the truth according to his knowledge, on the part of the United States of America, in the above-styled cause; and thereafter, that you return the said prisoner to the above-named institution under safe and secure conduct.

BY ORDER OF THE COURT.

DONE this the 14th day of January, 2008.

DEBRA P. HACKETT, CLERK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

By: _____
Deputy Clerk