**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | **CR. NO. 2:06-CR-275-WKW** |
| | ) | |
| **JACOB WARNER** | ) | |

## NOTICE OF APPEAL

COMES NOW the Defendant, Jacob Warner, by and through counsel, and gives notice of his appeal to the United States Court of Appeals for the Eleventh Circuit from his sentence entered on January 18, 2008, in the above-referenced matter. The Defendant has previously been found to be indigent and entitled to appointed counsel and is entitled pursuant to 18 U.S.C. § 3006A(d)(6) to proceed with this appeal without prepayment of fees and costs or security therefore and without filing the affidavit required by Section 1915(a) of Title 28.

Respectfully submitted this 23rd day of January, 2008.

>  s/John M. Poti
>  JOHN M. POTI (POT013)
>  Attorney for Jacob Warner
>  696 N. Silver Hills Drive, Suite 102
>  Prattville, Alabama 36066-6184
>  TEL: (334) 361-3535
>  FAX: 1-866-780-9012
>  E-mail: john@jmpoti.com

2

## CERTIFICATE OF SERVICE

      I hereby certify that on January 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: <u>Christopher Snyder</u>, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: <u>    none  </u>.

                                           <u>s/John M. Poti           </u>
                                           JOHN M. POTI (POT013)
                                           Attorney for Jacob Warner
                                           696 N. Silver Hills Drive, Suite 102
                                           Prattville, Alabama 36066-6184
                                           TEL:  (334) 361-3535
                                           FAX: 1-866-780-9012
                                           E-mail: john@jmpoti.com