

Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

March 11, 2008

**Appeal Number: 08-10407-H**
Case Style: USA v. Jacob Warner
District Court Number: 06-00275 CR-W-N

TO:   Talitha Lovin

CC:   John M. Poti

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Christopher A. Snyder

CC:   Hon. W. Keith Watkins

CC:   Hon. Mark E. Fuller

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

March 11, 2008

Talitha Lovin
1809 RIDGE AVE
MONTGOMERY AL 36106-1840

**Appeal Number: 08-10407-H**
Case Style: USA v. Jacob Warner
District Court Number: 06-00275 CR-W-N

TRANSCRIPT DUE DATE: February 24, 2008

10% DISCOUNT REQUIRED FOR FILING AFTER: 03/25/08

The clerk of the district court informs me that the transcript in the referenced appeal has not been filed. According to our records, this transcript was due to be filed on the date shown above. Under the Court Reporter Management Plan for your district, unless an extension of time has been approved by the clerk of this court and a waiver has been given, the total charge for this transcript is required to be discounted. The date on which a 10% discount is/was required is shown above. Thirty days after that date an additional discount is required to be taken (total of 20%). We request that you file this transcript immediately or complete an extension form indicating the date by which this transcript will be filed.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

c: District Court Clerk
   Counsel of Record

Encl.

RPTR-2 (03-2004)