Debra P. Hackett
Clerk, U.S. District Court
15 LEE ST STE 206
MONTGOMERY AL 36104-4055

April 10, 2008

**Appeal Number: 08-10407-H**
Case Style: USA v. Jacob Warner
District Court Number: 06-00275 CR-W-N

TO:   John M. Poti

CC:   Debra P. Hackett

CC:   Leura Garrett Canary

CC:   Christopher A. Snyder

CC:   Administrative File

# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

For rules and forms visit
www.ca11.uscourts.gov

April 10, 2008

John M. Poti
Attorney at Law
696 SILVER HILLS DR
PRATTVILLE AL 36066-6184

CONCERNING APPELLANT JACOB WARNER

**Appeal Number: 08-10407-H**
Case Style: USA v. Jacob Warner
District Court Number: 06-00275 CR-W-N

---

If the appellant named above intends to raise issue(s) regarding the validity of the guilty plea, counsel or parties proceeding pro se must ensure that the record includes a transcript of the guilty plea colloquy. According to the Transcript Order Form ("TOF") on file with us, the appellant named above did not make arrangements for transcription of the guilty plea colloquy.

Pursuant to 11th Cir. R. 42-1(b), the above-named appellant is hereby notified that, upon expiration of fourteen (14) days from this date, this appeal will be dismissed by the clerk unless the above-named appellant either (1) files an amended TOF (blank form attached) which certifies that financial arrangements to transcribe the guilty plea colloquy have been made, or (2) certifies that no issue regarding the validity of the guilty plea will be raised by checking the box below, dating, signing and returning this letter to the Clerk's Office.

11th Cir. R. 42-1(b) also provides that "If an appellant is represented by appointed counsel, the clerk may refer the matter to the court for possible disciplinary action against counsel in lieu of dismissal."

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Liz McDonald (404) 335-6187

---

[ ] Appellant _____ certifies that no issue regarding the validity of the guilty plea will be raised in the briefs in the matter above.

DATE:_____ SIGNATURE _____
(must be signed by counsel of record or party proceeding pro se)

GP-1 (03-2006)