AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

DEFENDANT: JACOB WARNER
CASE NUMBER: 2:06cr275-WKW

Judgment — Page __2__ of __6__

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

72 Months as to each of counts 1 through 4, said terms to run concurrently.

X The court makes the following recommendations to the Bureau of Prisons:

The Court recommends that defendant be designated to a facility where intensive drug treatment and vocational training are available.

RETURNED AND FILED

X The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

JUN 16 2008

☐ at _____ ☐ a.m. ☐ p.m. on _____

☐ as notified by the United States Marshal.

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

**RETURN**

I have executed this judgment as follows:

_PARTIALLY / FULLY EXECUTED THIS JUDGMENT AS ORDERED_

_Worng_   _3/10/08_

_USP McC_

BOP BUS LT.

Defendant delivered on ___5·29·08___ to ___USP McCN___

at ___Pine Knot, KY___ , with a certified copy of this judgment.

___D.C. Stine___ ___Warden___
UNITED STATES MARSHAL

By ___R. Williams___ ___LIE___
DEPUTY UNITED STATES MARSHAL